■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MERCADO, Appellant. [64 NYS3d 890]—Judgment of resentence, Supreme Court, New York County (Thomas Farber, J.), rendered March 10, 2015, resentencing defendant to an aggregate term of 12 years, unanimously affirmed.

Following a remand (125 AD3d 409 [1st Dept 2015]) for resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]), the court providently exercised its discretion in denying youthful offender treatment, in light of the extreme seriousness of defendant's multiple violent crimes.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Renwick, Gische, Oing and Singh, JJ.